U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 0 4 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

SUBJECT:    Civil No: 1: 12-CV-1905(GLS/RFT)
FROM:       Matthew Pierce

    My name is Matthew Pierce and the purpose of this letter is to verify a claim made on $35,850 USD in Civil No: 1: 12-CV-1905(GLS/RFT). The money in question was taken from my home on July 26th 2012 by agents executing a search warrant on my residence, 397 State St apt # PH1 Albany N.Y. 12210. There was a small amount of marijuana taken from my home as well as $35,850 in cash. The confiscated money was separate from, and in no way related to, the marijuana found in my home. In the last two years before the search I have been chasing my dream of becoming a professional poker player with reasonable success. In the last 12 months prior to the search I won close to $75,000 in taxable winnings from poker tournaments alone. Less than 1 month before the search I placed 11th out of 2534 entrants in event #22 at the 2012 World Series of Poker. This paid gross winnings of $33,427. This was the money taken from my apartment. I still owe every dollar of the taxes owed on this money. Enclosed is a copy of the W-2G filed by the Rio-All-Suite Hotel & Casino where the money was won. As a poker player I have become accustomed to having large amounts of cash on hand. I am yet to be charged with any crime and the money seized was in no way connected to the reason for the search of my home. That money was my entire poker bankroll and without it I cannot pursue my legal and tax generating profession. I currently employed full-time, working for Alpine Environmental as an air technician to make ends meet. The taxes for this money are due in April and while I'm able to survive on my job, I cannot pay these taxes without the money I won.

    Additionally, I have recently been offered a job in commercial real estate for a small firm in Clifton Park, NY. I previously worked in residential real estate before playing poker, and this is a potential six-figure job opportunity that I do not want to pass up. Unfortunately it takes about a year before you start getting paid in commercial real estate, so having my poker winnings to supplement my income is crucial to my success in this new endeavor. I do not believe there is a legal reason for my money to be withheld. That being said, I am certainly willing to discuss ways to save the state the cost of a hearing in this matter and to speed up the resolution of this case. I am at your disposal to discuss the situation. Thank you for your attention in this matter.

_[signature]_
Matthew Pierce
518-542-4813

CC- Gwendolyn E. Carroll
A.U.S.A. -By hand
Delivery

| ☐ CASH | ☐ OTHER | | ☐ CORRECTED | | |
|---|---|---|---|---|---|
| Type or print PAYER'S name, street address, city, state and ZIP code | | **1** Gross winnings 33,427.00 | **2** Federal Income Tax withheld .00 | OMB No. 1545-0238 **2012** Statement for Recipients of **Certain Gambling Winnings** | |
| RIO ALL-Suite Hotel & Casino 3700 LAS VEGAS BLVD S Las Vegas, NV 89103 | | **3** Type of wager 91  PQ     .00 | **4** Date won 06 \| 22 \| 12 | | |
| | | **5** Transaction EV 38 | **6** Race N/A | | |
| Federal identification number 88-0288115 | Telephone number 702-777-7777 | **7** Winnings from identical wagers N/A | **8** Cashier | | |
| Type or print WINNER'S name (first, middle, last) street address, city, state and ZIP code | | **9** Winner's taxpayer identifying number 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 | **10** Window MAIN CAGE | For paperwork Reduction ACT Notice and instructions for completing this form, see Instructions for Forms 1099, 1098, 5498, 1096, and W-2G. | |
| 469450 MATTHEW D PIERCE 97 STATE ST, APT. PH 1 ALBANY, NY         122101215 | | **11** First I.D. 17503561448 | **12** Second I.D. 456164421 | | |
| | | **13** State/Payer's state identifying no. N/A | **14** State income tax withheld .00 | Copy A For Internal Revenue Service Center | |
| Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any portion of these payments. | | | | | |
| 1 0149363   Slip 0000000   Time DOB 3-24-77   DL Exp 03/19   Cash | | Sec/Loc .00   Chk/Other | JP Seq 33,427.00 | Form W-2G Dept. of the treasury I.R.S IRS App. | |
| Signature | | | Date | | |

| ☐ CASH | ☐ OTHER | | ☐ CORRECTED | | |
|---|---|---|---|---|---|
| Type or print PAYER'S name, street address, city, state and ZIP code | | **1** Gross winnings 33,427.00 | **2** Federal Income Tax withheld .00 | OMB No. 1545-0238 **2012** Statement for Recipients of **Certain Gambling Winnings** | |
| RIO ALL-Suite Hotel & Casino 3700 LAS VEGAS BLVD S Las Vegas, NV 89103 | | **3** Type of wager 91  PQ     .00 | **4** Date won 06 \| 22 \| 12 | | |
| | | **5** Transaction EV 38 | **6** Race N/A | | |
| Federal identification number 88-0288115 | Telephone number 702-777-7777 | **7** Winnings from identical wagers N/A | **8** Cashier | | |
| Type or print WINNER'S name (first, middle, last) street address, city, state and ZIP code | | **9** Winner's taxpayer identifying number 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 | **10** Window MAIN CAGE | This information is being furnished to the Internal Revenue Service. | |
| 469450 MATTHEW D PIERCE 97 STATE ST, APT. 1 ALBANY, NY         122101215 | | **11** First I.D. 17503561448 | **12** Second I.D. 456164421 | | |
| | | **13** State/Payer's state identifying no. N/A | **14** State income tax withheld .00 | Copy B Report this income on your Federal tax return. If this form shows tax was withheld, attach this copy to your return. | |
| Under penalties of perjury, I declare that, to the best of my knowledge and belief, the name, address, and taxpayer identification number that I have furnished correctly identify me as the recipient of this payment and any payments from identical wagers, and that no other person is entitled to any portion of these payments. | | | | | |
| 1 0149363   Slip 0000000   Time DOB 3-24-77   DL Exp 03/19   Cash | | Sec/Loc .00   Chk/Other | JP Seq 33,427.00 | Form W-2G Dept. of the treasury I.R.S IRS App. | |
| Signature | | | Date | | |